SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney
BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JAMES MANN (CASBN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3740

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No  CR 07-70600 WDB |
|                      Plaintiff,      ) | SUBSTITUTION OF ATTORNEYS |
|    v.      ) | |
| HENRY MAURICE HUNTER,      ) | |
|                      Defendant.      ) | |

    Please take notice that as of November 7, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

Assistant U.S. Attorney JAMES MANN
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3705

DATED: November 7, 2007        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /S/_____
                                        JAMES MANN
                                        Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

[CR 07-70600 CW]