AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. §§ 751(a) and 4082 - Escape

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**

Imprisonment: Maximum 5 Years; Fine: $250,000; Supervised release: 3 years; and Special assessment: $100

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ HENRY MAURICE HUNTER,

**DISTRICT COURT NUMBER**

CR07-0750

*FILED NOV 28 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
U.S. MARSHAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO. _____

} MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) _____

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____

Before Judge: _____

Comments:

E-filing

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
NOV 2 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No.: |
| --- | --- | --- |
| Plaintiff, | ) | CR 07-0750 |
| | ) | VIOLATION: 18 U.S.C. §§ 751(a) and 4082 - Escape |
| v. | ) | |
| HENRY MAURICE HUNTER, | ) | OAKLAND VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about July 11, 2007, in the Northern District of California, the defendant,

HENRY MAURICE HUNTER,

having been lawfully committed to the custody of the Attorney General following a violation of supervised release imposed as part of his sentence on a felony conviction in the United States District Court for the Eastern District of California, knowingly escaped from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by the direction of the Attorney General by virtue of a conviction on an offense,

HUNTER INFORMATION

1  by willfully failing to remain within the extended limits of his confinement as set forth in his
2  authorized and ordered transfer furlough from the United States Penitentiary at Victorville,
3  California, to Cornell Corrections in Oakland, California, and by failing to report to Cornell
4  Corrections within the time prescribed.

All in violation of Title 18, United States Code, Sections 751(a) and 4082.

DATED:    November 27, 2007

SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

HUNTER INFORMATION                    2