O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA




UNITED STATES OF AMERICA
V.
HENRY MAURICE HUNTER

WAIVER OF INDICTMENT

CASE NUMBER: CR07-0750 CW

I, Henry Maurice Hunter, the above named defendant, who is accused of knowingly escaping from the custody of the Attorney General and his authorized representative, and from an institution and facility in which I was confined by the direction of the Attorney General by virtue of a conviction on an offense, by willfully failing to remain within the extended limits of my confinement as set forth in my authorized and ordered transfer furlough from the United States Penitentiary at Victorville, California, to Cornell Corrections in Oakland, California, and by failing to report to Cornell Corrections within the time prescribed; all in violation of Title 18, United States Code, Sections 751(a) and 4082;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/30/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

11-30-07