UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
DEC - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
Clerk: Sheilah Cahill
Court Reporter: Diane Skillman
Date: 12/5/07

Plaintiff:  United States

v.                                              No.  CR-07-00750 CW

Defendant:  Henry Maurice Hunter (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
John Paul Reichmuth

Interpreter:


Probation Officer:


Speedy Trial Date:


Hearing:  Change of Plea

**Notes:**    Defendant enters under oath plea of guilty to single count felony information charging escape in violation of 18 USC §§ 751(a) and 4082.  Plea Agreement filed.  Count finds factual basis for plea; Court accepts plea.  PSR requested.  **Judgment and sentencing set for 2/20/08 at 2:00 p.m.**✓  If parties want to advance on calender for sentencing and use old PSR and agree on criminal history, Court will agree to that.

Copies to: Chambers; probation