UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _____CR-07-00750 CW_____

Defendant's Name _____Henry Maurice Hunter_____

Defense Counsel _____John Paul Reichmuth AFPD_____

Referral Date _____12/5/07_____

Sentencing Date _____2/20/08_____ @ 2:00 pm

NOTICE TO DEFENSE COUNSEL

The Court has directed that a

__X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: _____SHEILAH CAHILL_____
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: __yes__

Is defendant English-speaking? __yes__

cc: U. S. Probation