IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HENRY MAURICE HUNTER,<br><br>　　　　Defendant.<br>_____/ | No. CR 07-00750 CW<br><br>CLERK'S NOTICE<br>CONTINUING<br>SENTENCING |

　　Notice is hereby given that sentencing, previously set for February 20, 2008, is continued to **March 5, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 2/6/08

　　　　　　　　　　　　　　　　*Sheilah Cahill*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　SHEILAH CAHILL
　　　　　　　　　　　　　　　　Deputy Clerk

cc:　U.S. Probation; U.S. Marshal