BP-S399.058   **TRANSFER ORDER**   CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

In accordance with authority provided in Title 18, U.S. Code, Section 3621, and the authority delegated to me by the Director of the Bureau of Prisons, I hereby order transfer of:

| Name of Inmate | Register No. |
|---|---|
| Hunter, Henry Maurice | 13351-097 |

From (Name of Institution and Location)
USP Victorville; 13777 Air Expressway Blvd, Victorville, CA 92394

To (Name of Institution and Location)
Cornell Corrections-Oakland, 205 Mac Arthur Blvd., CA 94610

| Reason for Transfer | Transfer Code |
|---|---|
| Furlough Transfer | 276 |

| Parole Status | Custody Classification |
|---|---|
| N/A- Full Term Release | High/In (Community custody effective 07/10/2007) |

| Health Status | Central Inmate Monitoring Case |
|---|---|
| REG DUTY | ✓ No  ___ Yes |

| Signature of Transferring Authority | Title of Transferring Authority | Date |
|---|---|---|
| J. L. Norwood | Warden | 6/24/07 |

RETURN OF SERVICE - Pursuant hereto, I have this _____ day of _____, 20___, executed the above order and committed the inmate to the institution indicated.

| Signature | Name |
|---|---|
| | |

| Title | Agency |
|---|---|
| | |

For transfer to CTC's, complete the following:

| Projected release date | Type of release |
|---|---|
| 08/06/2007 | Full Time Release |

| Scheduled date and time of departure and transportation information | Scheduled date and time of arrival |
|---|---|
| 07/10/07 @ 9:00 a.m. Taxi/Greyhound | 07/11/07 @ 12:30 a.m. |

Depart the institution at 9:00 a.m. on July 10, 2007, via taxi to the Victorville Greyhound Bus Depot. Depart Victorville Greyhound Bus schedule #6003 at 10:35 a.m. Transfer in Los Angeles on Greyhound Bus schedule #6860 departing at 3:00 pm and arriving in Oakland, CA, at 11:05 p.m. on July 10, 2007. Travel from the Oakland Greyhound bus depot to the Residential Re-entry Center via taxi and report to Cornell Corrections-CA, INC. No later than 12:30 a.m. on July 11, 2007.

Should you experience any difficulties, please call the institution at (760) 530-5000.

Record Copy - J & C; Copy - Central File
(This form may be replicated via WP)                     Replaces BP-399(58) of OCT 88

HMH-0020