UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED

MAR - 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 3/5/08

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00750 CW

**Defendant:** Henry Maurice Hunter (present - in custody)


**Appearances for Plaintiff:**
James Mann

**Appearances for Defendant:**
John Paul Reichmuth


**Hearing: Judgment and Sentencing**

**Notes:** Defendant and counsel have read PSR; no factual disputes. Count finds Offense Level 7, Criminal History VI leading to a Guideline Range of 15-21 months. Based on the plea agreement and considering 3553 factors and defendant's need for drug treatment, the Court sentences to the defendant below the Guideline Range to 12 months custody to be followed by 3 years supervised release under the usual terms and conditions and the special conditions as set forth in the PSR and additional special condition that the defendant reside for 6 months in a residential drug treatment program followed by an out-patient aftercare program requirement by the inpatient program. The defendant shall reside in a community center until residential program becomes available. No fine imposed due to lack of ability to pay a fine; defendant to pay $100 special assessment which shall be paid through the defendant's participation in the BOP's Inmate Financial Responsibility Program at the rate of $25 per quarter. Court will recommend placement at Tucson or Phoenix. Defendant remanded to custody of U.S. Marshal. See J&C for details.

Copies to: Chambers